# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

GREGORY M. CROSS,

    Plaintiff,

v.                                              **CASE NO**: 8:10-cv-929-T-26MAP

GIRARD ENVIRONMENTAL SERVICES, INC.,

    Defendant.
_____/

# **O R D E R**

Pending before the Court is Defendant's motion to dismiss Plaintiff's complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil procedure in which Defendant contends that Plaintiff's complaint fails to properly allege all the elements necessary to plead a cause of action under the Fair Labor Standards Act., 29 U.S.C. § 201, *et seq*. (The FLSA). After carefully reviewing the well-pleaded allegations of the complaint (which the Court must accept as true at this juncture of the proceedings) and measuring them under the liberal notice pleading standard of the Federal Rules of Civil Procedure as recently interpreted by the Supreme Court,[1] it is apparent that Defendant's contention is well taken. In the Court's view, Plaintiff's complaint suffers from the same pleading deficiencies which this Court's colleague, Judge Merryday, pointed out existed in a similar complaint he dismissed for failure to state a claim under the FLSA. See Daniel v. Pizza Zone Italian Grill & Sports Bar, Inc., 2008 WL 793660 (M.D. Fla.

---

    [1] See Ashcroft v. Iqbal, 556 U.S. ___, 129 S.Ct. 1937, 173 L.Ed.2d 868 (2009); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 127 S.Ct. 1955, 167 L.Ed.2d 929 (2007).

2008). As in Judge Merryday's case, a general allegation to the effect that a defendant employer falls within the ambit of the FLSA is not enough to plead a claim under the Act.[2]

Accordingly, Defendant's Motion to Dismiss (Dkt. 6) is granted. Plaintiff shall file an amended complaint within ten (10) days of this order. Defendants shall file a response to the amended complaint within ten (10) days of service.

**DONE AND ORDERED** at Tampa, Florida, on April 29, 2010.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record

---

[2] Because of Judge Merryday's persuasive reasoning, the Court needs no response from Plaintiff.